# UNITED STATES BANKRUPTCY COURT

**MOR-1**

CASE NAME: Bill Hall Trucking GP, LLC
CASE NUMBER: 17-50167
PROPOSED PLAN DATE: pending

PETITION DATE: 1/25/2017
DISTRICT OF TEXAS: Western
DIVISION: San Antonio

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH March YEAR 2017

| MONTH | Feb | March | | | | | | |
|---|---|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 44,105.58 | 65,234.20 | | | | | | |
| INCOME BEFORE INT; DEPREC./TAX (MOR-6) | 4,142.09 | 10,117.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NET INCOME (LOSS) (MOR-6) | 4,142.09 | 10,117.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO INSIDERS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS (MOR-7) | 27,763.22 | 81,559.89 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

| | CIRCLE ONE |
|---|---|
| Are all accounts receivable being collected within terms? | Yes / No |
| Are all post-petition liabilities, including taxes, being paid within terms? | Yes / No |
| Have any pre-petition liabilities been paid? | Yes / No |
| If so, describe Secured debt | |
| Are all funds received being deposited into DIP bank accounts? | Yes / No |
| Were any assets disposed of outside the normal course of business? | Yes / No |
| If so, describe | |
| Are all U.S. Trustee Quarterly Fee Payments current? | Yes / No |
| What is the status of your Plan of Reorganization? Pending | |

| REQUIRED INSURANCE MAINTAINED | | EXP. DATE |
|---|---|---|
| | AS OF SIGNATURE DATE | |
| CASUALTY | YES (✓) NO ( ) | |
| LIABILITY | YES (✓) NO ( ) | |
| VEHICLE | YES (✓) NO ( ) | |
| WORKER'S | YES ( ) NO ( ) | |
| OTHER | YES ( ) NO ( ) | |

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED X _Dominique Hall_ (ORIGINAL SIGNATURE) Vice President 4-30-17
_Dominique Hall_ (PRINT NAME OF SIGNATORY) DATE

ATTORNEY NAME: Dean W Greer
FIRM NAME: Law Offices of Dean W Greer
ADDRESS: 2929 Mossrock #117
CITY, STATE, ZIP: San Antonio, TX 78230
TELEPHONE/FAX: 210-342-7100

MOR-1    Revised 07/01/98

CASE NAME: Bill Hall Trucking GP, LLC
CASE NUMBER: 17-50167

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* | MONTH February | MONTH March | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | |
| Cash | 6,498.84 | 6,498.84 | 16,342.36 | | | |
| Accounts Receivable, Net | | | | | | |
| Inventory: Lower of Cost or Market | | | | | | |
| Prepaid Expenses | | | | | | |
| Investments | | | | | | |
| Other | 6,498.84 | 6,498.84 | 16,342.36 | 0.00 | 0.00 | 0.00 |
| TOTAL CURRENT ASSETS | | | | | | |
| PROPERTY, PLANT & EQUIP. @ COST | 2,143,000.00 | 2,143,000.00 | 2,143,000.00 | | | |
| Less Accumulated Depreciation | | | | | | |
| NET BOOK VALUE OF PP & E | 2,143,000.00 | 2,143,000.00 | 2,143,000.00 | 0.00 | 0.00 | 0.00 |
| **OTHER ASSETS** | | | | | | |
| 1. Tax Deposits | | | | | | |
| 2. Investments in Subsidiaries | | | | | | |
| 3. Electric Deposit | | | | | | |
| 4. | | | | | | |
| TOTAL ASSETS | $2,149,498.84 | $2,149,498.84 | $2,159,342.36 | $0.00 | $0.00 | $0.00 |

* Per Schedules and Statement of Affairs

MOR-2

CASE NAME: Bill Hall Trucking GP, LLC
CASE NUMBER: 17-50167

# COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* | MONTH February | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | | | | | | | |
| PRE-PETITION LIABILITIES | | | | | | | |
| Notes Payable – Secured | 3,697,590.00 | 3,697,590.00 | | | | | |
| Priority Debt | 28,650.00 | 28,650.00 | | | | | |
| Federal Income Tax | | | | | | | |
| FICA/Withholding | | | | | | | |
| Unsecured Debt | 3,000,000.00 | 3,000,000.00 | | | | | |
| Other | | | | | | | |
| TOTAL PRE-PETITION LIABILITIES | 6,726,240.00 | 6,726,240.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL LIABILITIES | 6,726,240.00 | 6,726,240.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | | |
| PREFERRED STOCK | | | | | | | |
| COMMON STOCK | | | | | | | |
| ADDITIONAL PAID-IN CAPITAL | | | | | | | |
| RETAINED EARNINGS: Filing Date | | | | | | | |
| RETAINED EARNINGS: Post Filing Date | | 4,142.09 | 14,259.14 | 14,259.14 | 14,259.14 | 14,259.14 | 14,259.14 |
| TOTAL OWNER'S EQUITY (NET WORTH) | 0.00 | 4,142.09 | 14,259.14 | 14,259.14 | 14,259.14 | 14,259.14 | 14,259.14 |
| TOTAL LIABILITIES & OWNERS EQUITY | $6,726,240.00 | $6,730,382.09 | $14,259.14 | $14,259.14 | $14,259.14 | $14,259.14 | $14,259.14 |

* Per Schedules and Statement of Affairs

MOR-3

CASE NAME: Bill Hall Trucking GP, LLC
CASE NUMBER: 17-50167

## SCHEDULE OF POST-PETITION LIABILITIES

|  | MONTH<br>Petition | MONTH<br>February | MONTH<br>March | MONTH | MONTH |
|---|---|---|---|---|---|
| *TRADE ACCOUNTS PAYABLE* | 0.00 | 0.00 | 0.00 | | |
| TAX PAYABLE | | 0.00 | 0.00 | | |
| Federal Payroll Taxes | | | | | |
| State Payroll Taxes | | | | | |
| Ad Valorem Taxes | | | | | |
| Other Taxes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL TAXES PAYABLE | | | | | |
| SECURED DEBT POST-PETITION | | | | | |
| ACCRUED INTEREST PAYABLE | | | | | |
| ACCRUED PROFESSIONAL FEES* | | | | | |
| OTHER ACCRUED LIABILITIES | | | | | |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| TOTAL POST-PETITION LIABILITIES (MOR-3) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

*Payment requires Court Approval

MOR-4

CASE NAME: Bill Hall Trucking GP, LLC
CASE NUMBER: 17-50167

## AGING OF POST-PETITION LIABILITIES
MONTH March

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES |
|---|---|---|---|---|---|
| 0-30 | 0.00 | | | | |
| 31-60 | 0.00 | | | | |
| 61-90 | 0.00 | | | | |
| 91+ | 0.00 | | | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | February | March | | |
|---|---|---|---|---|
| 0-30 DAYS | 0.00 | 0.00 | | |
| 31-60 DAYS | 0.00 | 0.00 | | |
| 61-90 DAYS | 0.00 | 0.00 | | |
| 91+ DAYS | 0.00 | 0.00 | | |
| TOTAL | $0.00 | $0.00 | | |

MOR-5

CASE NAME: Bill Hall Trucking GP, LLC
CASE NUMBER: 17-50167

## STATEMENT OF INCOME (LOSS)

| | MONTH February | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | 44,105.58 | 65,234.20 | | | | |
| TOTAL COST OF REVENUES | 39,963.49 | 55,117.15 | | | | |
| GROSS PROFIT | 4,142.09 | 10,117.05 | 0.00 | 0.00 | 0.00 | 0.00 |
| OPERATING EXPENSES: | | | | | | |
| Selling & Marketing | | | | | | |
| General & Administrative | | | | | | |
| Insiders Compensation | | | | | | |
| Professional Fees | | | | | | |
| Other | | | | | | |
| Other | | | | | | |
| TOTAL OPERATING EXPENSES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | 4,142.09 | 10,117.05 | 0.00 | 0.00 | 0.00 | 0.00 |
| INTEREST EXPENSE | | | | | | |
| DEPRECIATION | | | | | | |
| OTHER (INCOME) EXPENSE* | | | | | | |
| OTHER ITEMS** | | | | | | |
| TOTAL INT, DEPR & OTHER ITEMS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NET INCOME BEFORE TAXES | 4,142.09 | 10,117.05 | 0.00 | 0.00 | 0.00 | 0.00 |
| FEDERAL INCOME TAXES | | | | | | |
| NET INCOME (LOSS) (MOR-1) | $4,142.09 | $10,117.05 | $0.00 | $0.00 | $0.00 | $0.00 |

*Accrual Accounting Required, Otherwise Footnote with Explanation.*

\* *Footnote Mandatory.*

\*\* *Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.*

MOR-6

CASE NAME: Bill Hall Trucking GP, LLC
CASE NUMBER: 17-50167

| CASH RECEIPTS AND DISBURSEMENTS | MONTH February | MONTH March | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $6,498.84 | $16,342.36 | $0.00 | $0.00 | $0.00 | $0.00 |
| RECEIPTS: | | | | | | |
| 2. CASH SALES | 37,606.74 | 65,234.20 | | | | |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | | |
| 4. LOANS & ADVANCES (attach list) | | | | | | |
| 5. SALE OF ASSETS | | | | | | |
| 6. OTHER (attach list) | | | | | | |
| TOTAL RECEIPTS** | 37,606.74 | 65,234.20 | 0.00 | 0.00 | 0.00 | 0.00 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | |
| DISBURSEMENTS: | | | | | | |
| 7. NET PAYROLL | | | | | | |
| 8. PAYROLL TAXES PAID | | | | | | |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | |
| 10. SECURED/RENTAL/LEASES | 12,200.25 | 38,474.22 | | | | |
| 11. UTILITIES & TELEPHONE | | | | | | |
| 12. INSURANCE | 15,406.74 | 16,515.53 | | | | |
| 13. INVENTORY PURCHASES | | | | | | |
| 14. VEHICLE EXPENSES | | | | | | |
| 15. TRAVEL & ENTERTAINMENT | | | | | | |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | | | | | | |
| 17. ADMINISTRATIVE & SELLING | | | | | | |
| 18. OTHER (attach list) | 156.23 | 127.40 | | | | |
| TOTAL DISBURSEMENTS FROM OPERATIONS | #REF! | 55,117.15 | 0.00 | 0.00 | 0.00 | 0.00 |
| 19. PROFESSIONAL FEES | | | | | | |
| 20. U.S. TRUSTEE FEES | | | | | | |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | |
| TOTAL DISBURSEMENTS** | 27,763.22 | 81,551.89 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22. NET CASH FLOW | 9,843.52 | -16,317.69 | 0.00 | 0.00 | 0.00 | 0.00 |
| 23. CASH - END OF MONTH (MOR-2) | $16,342.36 | $24.67 | $0.00 | $0.00 | $0.00 | $0.00 |

* Applies to Individual debtors only

CASE NAME: Bill Hall Trucking GP, LLC
CASE NUMBER: 17-50167

# CASH ACCOUNT RECONCILIATION
## MONTH OF March

| BANK NAME | Wells Fargo | | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | # | # | # | # | |
| ACCOUNT TYPE | OPERATING | OPERATING | TAX | OTHER FUNDS | TOTAL |
| BANK BALANCE | 0.00 | 24.67 | | | $24.67 |
| DEPOSITS IN TRANSIT | | | | | $0.00 |
| OUTSTANDING CHECKS | | 0.00 | | | $0.00 |
| ADJUSTED BANK BALANCE | $0.00 | $24.67 | $0.00 | $0.00 | $24.67 |
| BEGINNING CASH - PER BOOKS | | | | | $0.00 |
| RECEIPTS* | | | | | $0.00 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | $0.00 |
| (WITHDRAWAL) CONTRIBUTION BY OR INDIVIDUAL DEBTOR MFR-2 | 6,498.84 | 0.00 | | | $6,498.84 |
| CHECKS/OTHER DISBURSEMENTS* | | | | | $0.00 |
| ENDING CASH - PER BOOKS | $6,498.84 | $24.67 | $0.00 | $0.00 | $6,523.51 |

MOR-8

*Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7

Revised 07/01/98

CASE NAME: Bill Hall Trucking GP, LLC
CASE NUMBER: 17-50167

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals. Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | MONTH February | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| PROFESSIONALS | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

MOR-9